# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| IN RE:  SHARON DIANNE CRANE AND RODNEY CRANE, DEBTORS | CHAPTER 13 PROCEEDING |
| | CASE NO. 19-10923-JDW |

## APPEARANCE OF COUNSEL

Shapiro & Brown, LLC of Jackson, Mississippi, enters its appearance of counsel of record for The Bank of New York Mellon Trust Company, National Association fka The Bank of New York Trust Company, N.A. as successor to JPMorgan Chase Bank, N.A., as Trustee for Residential Asset Mortgage Products, Inc., Mortgage Asset-Backed Pass-Through Certificates Series 2006-RZ3 in the above referenced bankruptcy.  Pursuant to Section 1109 (b) of the Bankruptcy Code and Bankruptcy Rules 2002 and 9007, we request that all notices given or required to be served in this case, be given to and served upon the undersigned at the office address and telephone number set forth below.

Pursuant to Section 1109 (b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Rules specified above but also includes, without limitation, orders and notices of any applications, motions, petitions, pleadings, complaints or demands transmitted or conveyed by mail, delivery, telephone, telegraph, telefax or otherwise, which affect the Debtors or property of the Debtors.

Dated: This the 7th day of March, 2019.

        Respectfully submitted
        SHAPIRO & BROWN, LLC


        /s/ J. Gary Massey
          J. Gary Massey
          Attorney for Creditor

## CERTIFICATE OF SERVICE

      I, J. Gary Massey, of the firm of Shapiro & Brown, LLC, do hereby certify that I have this date provided a copy of the foregoing Notice of Appearance either by electronic case filing or by United States mail postage pre-paid to the following:

Locke D Barkley, Chapter 13 Trustee
sbeasley@barkley13.com

Robert H. Lomenick, Jr., Attorney for the Debtor
rlomenick@gmail.com

Office of the U.S. Trustee
USTPRegion05.AB.ECF@usdoj.gov

      Dated: March 7, 2019

                              Respectfully submitted
                              SHAPIRO & BROWN, LLC

                              /s/ J. Gary Massey
                                  J. Gary Massey
                                  Attorney for Creditor

Presented by:
J. Gary Massey, MSB#1920
Bradley P. Jones, MSB#9731
SHAPIRO & BROWN, LLC
1080 River Oaks Drive, Suite B-202
Flowood, MS 39232
Telephone No. (601) 981-9299
Facsimile No. (601) 981-9288
E-mail:  msbankruptcy@logs.com
BK Case No. 19-10923-JDW